UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHON PEOPLES, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN REFINING RETAIL, LLC, *et al*.,<br><br>Defendants. | Case No. 1:25-cv-00480-JLT-CDB<br><br>ORDER REQUIRING PLAINTIFF TO EFFECT SERVICE |

On March 19, 2025, Plaintiff Johnathon Peoples ("Plaintiff") filed a class action complaint against Defendants Western Refining Retail, LLC ("Western Refining"), Speedway LLC and 5245 Western Refining Retail, LLC, in the Superior Court of California, County of Kern. (Doc. 1 at 2). Western Refining filed an answer in the state court action; no other Defendant answered or appeared in the state court action. *Id.* at 3. On April 25, 2025, Western Refining removed the action to this Court. (Doc. 1).

In advance of the mandatory scheduling conference set in this action, on July 21, 2025, Plaintiff and Western Refining filed a joint scheduling report. (Doc. 9). The Court convened with these two parties for scheduling conference on July 28, 2025. (Doc. 12). Counsel for Plaintiff confirmed during the scheduling conference that, prior to removal, Plaintiff had served the two non-appearing Defendants (Speedway LLC and 5245 Western Refining Retail, LLC) with

1

summons and complaint. At the Court's direction, counsel for Plaintiff thereafter filed in this action copies of the proof of service of summons and complaint. *See* (Docs. 13, 14).

It is unclear whether Plaintiff's service of process upon the non-appearing Defendants was effective and it is equally unclear whether those non-appearing Defendants are on notice that the state court action has been removed to this Court.

Pursuant to 28 U.S.C. § 1447, this Court "may issue all necessary orders and process to bring before it all proper parties whether served by process issued by the State court or otherwise." Accordingly, the Court will order Plaintiff to serve upon Defendants Speedway LLC and 5245 Western Refining Retail, LLC, copies of the summons, complaint, and this order, and to promptly file proofs of service thereof. In the alternative, Plaintiff shall file notices of voluntary dismissal of these Defendants if he seeks to terminate prosecution of this action against them.

In the event Defendants Speedway LLC and 5245 Western Refining Retail, LLC, fail to timely file a responsive pleading, Plaintiff will be directed to apply for entry of default judgment and to move thereafter for default judgment.

**Conclusion and Order**

For the reasons set forth above, the Court HEREBY ORDERS:

1. Within seven (7) days of the date of this order, Plaintiff shall serve upon Defendants Speedway LLC and 5245 Western Refining Retail, LLC, copies of the summons, complaint, and this order.

2. Within three (3) days of effecting service of process as directed above, Plaintiff shall file proofs of service thereof.

3. In the event Defendants Speedway LLC and 5245 Western Refining Retail, LLC, fail to timely file a responsive pleading or appear in this action, Plaintiff shall apply for entry of default judgment as to any non-appearing Defendant.

IT IS SO ORDERED.

Dated: **July 30, 2025**

UNITED STATES MAGISTRATE JUDGE

2